IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-284-BO-BM

| | |
|---|---|
| JOSE RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CITY OF FUQUAY-VARINA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This cause comes before the Court on plaintiff's motion for summary judgment, in which he seeks entry of default judgment pursuant to Fed. R. Civ. P. 55(b). Plaintiff, who proceeds in this action *pro se*, argues that the defendants have failed to file a responsive pleading within twenty-one days of service, which occurred on June 3, 2025. [DE 9].

The docket reflects that on June 24, 2025, defendants filed a motion for extension of time to answer or otherwise respond to plaintiff's complaint. [DE 7]. That motion was granted, and defendants were permitted through and including July 24, 2025, to answer or otherwise respond to the complaint. [DE 8]. On July 24, 2025, defendants timely answered the complaint. [DE 10].

Plaintiff has demonstrated no grounds on which default, default judgment, or summary judgment could be entered against defendants. His motion [DE 9] is therefore DENIED.

SO ORDERED, this __7__ day of October 2025.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE